EUGENE ACTION -- State Bar No. 233023
ATTORNEY AT LAW
P.O BOX 696
AHWAHNEE, CA 93601
Tel (559) 283-9772
Fax (559) 642-2843

For: KELLY MCCONNELL, Defendant

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 6:14-MJ-00134-MJS |
| | ) | |
| Plaintiff, | ) | REQUEST AND STIPULATION BY |
| | ) | BOTH PARTIES TO CONTINUE |
| v. | ) | PRETRIAL; ORDER THEREON |
| | ) | |
| KELLY MCCONNELL | ) | DATE: MARCH 18, 2015 |
| | ) | TIME: 10:00 A.M. |
| Defendant. | ) | |

TO: THE HONORABLE JUDGE PRESIDING IN THE CASE OF *UNITED STATES v. KELLY MCCONNELL*:

I, Eugene Action, Attorney at Law, in a joint request with the government, am requesting to continue this matter to April 28, 2015 for disposition or trial setting. I am currently in trial in Mariposa in an in-custody, no time waiver, felony. Therefore I am unable to attend the March 18, 2015 pretrial previously set in Yosemite Magistrate court. After speaking to Matthew McNease for the Government on March 16, 2015 joins in a stipulation to vacate the March 18, 2015 pretrial date and continue it to April 28, 2015 at 10:00 a.m.

DATE: 03/16/2015

Respectfully submitted,

By: ______________________
EUGENE ACTION ATTORNEY FOR MR. MCCONNELL

Filers Attestation:
I, Eugene Action, attest that concurrence in the filing of this paper has been obtained.

/s/ Matthew McNease
Matthew McNease
Acting Legal Officer
National Park Service
Yosemite National Park, CA

**ORDER**

IT IS SO ORDERED. The status conference in Case No: 6:14-MJ-00134-MJS is continued until April 28, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 17, 2015

/s/ Michael J. Seng
UNITED STATES MAGISTRATE JUDGE

UNITED STATES v. KELLY MCCONNELL 6:14-mj-00134-MJS

3
REQUEST CONTINUE