1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  575 East Alluvial, Ste. 105
   Fresno, California  93720
3  Telephone:  (559) 449-9069
   Facsimile:    (559) 513-8530
4
5  Attorney for Defendant, Kelly McConnell

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   | CASE NO.  6:14-mj-00134-MJS |

12 |             Plaintiff,       |                             |

13 |        v.                    | **STIPULATION TO CONTINUE STATUS CONFERENCE TO MAY 5, 2015;  ORDER THEREON** |

14 | KELLY McCONNELL,             |                             |

15 |             Defendant.       |                             |

16

17       **IT IS HEREBY STIPULATED** by and between the Defendant, KELLY McCONNELL,

18 his attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the National Park

19 Service, MATTHEW McNEASE, that the Status Conference in the above-captioned matter

20 currently scheduled for April 28, 2015, at 10:00 a.m. be continued until May 5, 2015 at 10:00

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

STIPULATION TO CONTINUE
STATUS CONFERENCE TO MAY 5, 2015

1

a.m. Defense counsel just substituted in as counsel for Mr. McConnell and requests additional time to review the discovery.

Dated: April 16, 2015                                    /s/ Carol Ann Moses
                                                         CAROL ANN MOSES
                                                         Attorney for Defendant,
                                                         KELLY McCONNELL


Dated: April 16, 2015                                    /s/ Matthew McNease
                                                         MATTHEW McNEASE
                                                         Acting Legal Officer
                                                         National Park Service


                                    ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

The Status Conference for Kelly McConnell currently scheduled for April 28, 2015, at 10:00 a.m. shall be continued to May 5, 2015, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   April 17, 2015                           /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE